FARLEY ET AL., APPELLEES, *v.* PROGRESSIVE CASUALTY
INSURANCE COMPANY, APPELLANT.

[Cite as *Farley v. Progressive Cas. Ins.
Co.* (1992), 64 Ohio St.3d 462.]

(No. 92–757—Submitted July 8, 1992—Decided September 2, 1992.)

*Alan L. Mollenkamp*, for appellees.

*Manahan, Pietrykowski, Bamman & DeLaney* and *Larry P. Meyer*, for appellant.

The motion to certify the record is allowed.

The cause is reversed on authority of *High v. Howard* (1992), 64 Ohio St.3d 82, 592 N.E.2d 818.

MOYER, C.J., HOLMES, WRIGHT and H. BROWN, JJ., concur.

SWEENEY and DOUGLAS, JJ., dissent.

RESNICK, J., not participating.